DEMERAS VAN BUSKIRK v. THOMAS H. HARROD, COUNTY DRAIN COM'R, AND JOHN M. TRASK, CLERK.

*County ditch—Notice as to preliminaries.*

Notice of the time and place of the appointment by the judge of probate of commissioners to determine upon the location of a county ditch is essential to the validity of the proceedings.

Certiorari to bring up proceedings for the location and construction of a county ditch. Submitted April 14. Decided April 25.

*John H. Kimball* for plaintiff in certiorari.

MARSTON, J. No notice was given of the time and place for the appointment of commissioners by the probate court, and as repeatedly held this was fatal.

The proceedings must be quashed and held for naught.

The other Justices concurred.